# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**LISA ARMSTRONG**                                                                 **PLAINTIFF**

**v.**                  **CASE NO. 3:18-CV-00109 BSM**

**DOES**                                                                   **DEFENDANTS**

## ORDER

Plaintiff Lisa Armstrong filed this case *pro se* without prepayment of the $400 filing fee or submitting an application to proceed without prepayment of fees and affidavit. *See* 28 U.S.C. § 1915. Armstrong is directed either to pay the filing fee or file a complete application to proceed *in forma pauperis* within 30 days of this order or her case will be dismissed without prejudice. *See* LOCAL RULE 5.5(c)(2).

Armstrong also has 30 days in which to amend her complaint [Doc. No. 1]. In her complaint, Armstrong alleges that her SSI benefits were stolen, and that her requests to see an officer to report the theft have been denied. Armstrong did not, however, identify any defendant by name or describe any individual's actions. Accordingly, Armstrong is directed to file an amended complaint clearly naming each defendant she is suing and detailing how each defendant violated her federally-protected rights, how she was personally harmed by each alleged violation, the relief she seeks, and whether she seeks relief against the defendants in their individual or official capacities. This is required to provide sufficient information to permit an adequate screening pursuant to 28 U.S.C. sections 1915 and 1915A.

Armstrong is hereby notified that Rule 5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas requires *pro se* litigants to (1) promptly notify the court and the other parties in the case of any change of address; (2) to monitor the progress of the case; and (3) to prosecute or defend the action diligently. Moreover, Armstrong should be aware that the rule further provides that the failure of a *pro se* plaintiff to respond to any communication from the court within 30 days may result in dismissal of the plaintiff's case. Finally, any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure as well as the Local Rules of this court. A copy of the Local Rules may be obtained from the District Clerk for the Eastern District of Arkansas. The Federal Rules of Civil Procedure are available in many libraries (including this court's library, Room A302) and bookstores.

The clerk is directed to forward Armstrong an *in forma pauperis* application packet, including certificate and calculation sheet, as well as a blank 42 U.S.C. section 1983 complaint form, together with a copy of this order.

IT IS SO ORDERED this 26th day of June 2018.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE