**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**LISA ARMSTRONG**                                                    **PLAINTIFF**

**v.**                          **CASE NO. 3:18-CV-00109 BSM**

**DOES, et al.**                                                         **DEFENDANTS**

<u>**ORDER**</u>

Plaintiff Lisa Armstrong's motion to proceed *in forma pauperis* [Doc. No. 5] is granted, but she must pay the full filing fee of $350 nonetheless. 28 U.S.C. §1915(b)(1). Based on the information contained in her application, Armstrong will not be required to pay an initial partial filing fee. Armstrong's custodian shall withdraw monthly payments in the amount of twenty percent of the preceding month's income credited to her account each time the account exceeds $10 until the statutory fee has been paid in full. 28 U.S.C. § 1915(b)(2).

The clerk is directed to send a copy of this order to administrator of the Craighead County Detention Center, 901 Willett Road, Jonesboro, Arkansas 72401.

IT IS SO ORDERED this 2nd day of August 2018.

_____
UNITED STATES DISTRICT JUDGE