# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**LISA ARMSTRONG**                                                      **PLAINTIFF**

**v.**                         **CASE NO. 3:18-CV-00109 BSM**

**DOES, et al.**                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of August 2018.

_____
UNITED STATES DISTRICT JUDGE